

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00487-CV

| | | |
|---|---|---|
| Marjorie Putnam | § | From the 415th District Court |
| | § | of Parker County (CV11-1859) |
| v. | § | April 30, 2014 |
| Major Edward Barbee | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Marjorie Putnam shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier_____
Justice Bill Meier